**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Erin M. Burris**, OSB No. 155379
erin.burris@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

    Attorneys for Defendants Oregon State
    University, Board of Trustees of Oregon
    State University, Kim Kirkland, Carol Millie,
    Rebecca Johnson, and Edward Feser

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 6:21-cv-01541-MC |
| Plaintiff, | DECLARATION OF BECKY BANGS IN SUPPORT OF OREGON STATE UNIVERSITY DEFENDANTS' MOTION TO DISMISS |
| v. | |
| OREGON STATE UNIVERSITY, BOARD OF TRUSTEES OF OREGON STATE UNIVERSITY, KIMBERLY KIRKLAND, in her individual and official capacity, CAROL MILLIE, in her individual and official capacity, BEVERLY RUSSELL, in her individual and official capacity, REBECCA JOHNSON, in her individual and official capacity, and EDWARD FESER, in his individual and official capacity, | |
| Defendants. | |

Page 1 -   Declaration of Becky Bangs in Support of Oregon State University Defendants' Motion to Dismiss

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

I, Becky Bangs, under penalty of perjury, do hereby state and declare as follows:

1. I am over 18 years of age and am otherwise competent to make this declaration. I have personal knowledge of the facts set forth in this declaration.

2. I am currently employed as the Director of Investigations and Deputy Title IX Coordinator in Oregon State University's ("OSU's") Office of Equal Opportunity & Access. I am familiar with OSU's publications pertaining to student misconduct and Title IX, and I am aware of the publications provided to plaintiff John Doe concerning his disciplinary process.

3. Attached as Exhibit 1 are true and correct copies of OSU's Code of Student Conduct (at 1), University Policy 05-001 Sexual Misconduct and Discrimination (at 31), and the Sexual Misconduct and Discrimination Investigation and Resolution Process for Complaints against Students (at 48) that were provided to plaintiff.

IN ACCORDANCE WITH 28 USC § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED on this 3rd day of February, 2022, in Albany, Oregon.

_____

4887-2840-0140.1

Page 2 -   Declaration of Becky Bangs in Support of Oregon State University Defendants' Motion to Dismiss

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204