**Kevin W. Roberts, Esq.**
OSB No. 001790
ROBERTS FREEBOURN, PLLC
1325 W. 1st Ave. Ste. 303
Spokane, Washington 99201
(508) 381-5262
kevin@robertsfreebourn.com

| | |
|---|---|
| **Andrew T. Miltenberg, Esq.** (*pro hac vice*) NESENOFF & MILTENBERG, LLP 363 Seventh Avenue, 5th Floor New York, New York 10001 (212) 736-4500 amiltenberg@nmllplaw.com | **Tara J. Davis, Esq.** (*pro hac vice*) **Regina M. Federico, Esq.** (*pro hac vice*) NESENOFF & MILTENBERG, LLP 101 Federal Street, 19th Floor Boston, Massachusetts 02110 (617) 209-2188 tdavis@nmllplaw.com rfederico@nmllplaw.com |

*Attorneys for the Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JOHN DOE, <br><br>　　　　*Plaintiff,* <br><br> v. <br><br> OREGON STATE UNIVERSITY, et. al. <br><br>　　　　*Defendants.* | Civil Action No. 6:21-CV-01541-MC <br><br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS AMENDED COMPLAINT** |

### LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, the undersigned counsel certifies that they conferred with counsel representing the Defendants Oregon State University, the Board of Trustees of Oregon State University, Kim Kirkland, Carol Millie, Rebecca Johnson, and Edward Feser (collectively,

1

the "University Defendants"). Counsel for the University Defendants and Defendant Beverly Russell indicated that they do not oppose Plaintiff's motion.

## MOTION

In accordance with Federal Rule of Civil Procedure 6(b), Plaintiff John Doe moves for an order extending the deadline in which to file his Amended Complaint from August 15, 2022 to September 14, 2022. On July 13, 2022, this Court granted the University Defendants' Motion to Dismiss and also granted the Plaintiff 30 days to file an amended complaint on his Title IX claim. Counsel for University Defendants and counsel for Plaintiff have been engaged in discussions concerning the status of the case and anticipate that information necessary to complete those discussions will not be available until mid-September or possibly a bit later. Accordingly, Plaintiff seeks an extension of time to permit the parties further opportunity to explore whether he will file an Amended Complaint. The motion is unopposed and is not made for any improper purpose or to cause undue delay.

## CONCLUSION

For these reasons and such other reasons as may appear just to the Court, Plaintiff John Doe respectfully requests that his Motion for Extension of Time to File an Amended Complaint be granted.

**Dated:** New York, New York
August 12, 2022

**Respectfully submitted,**

*Attorneys for Plaintiff John Doe*

**NESENOFF & MILTENBERG, LLP**

**By: */s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
(*pro hac vice* admission pending)
363 Seventh Avenue, Fifth Floor**

**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**

**Tara J. Davis, Esq.**
**(*pro hac vice* admission pending)**
**Regina M. Federico, Esq.**
**(*pro hac vice* admission pending)**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2127**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

**ROBERTS FREEBOURN, PLLC**

**By: *<u>/s/ Kevin W. Roberts</u>***
**Kevin W. Roberts, Esq.**
**OSB No. 001790**
**1325 W. 1st Ave. Ste. 303**
**Spokane, Washington 99201**
**(508) 381-5262**
**kevin@robertsfreebourn.com**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12 day of August 2022, I caused to be served a copy of the foregoing document to the below listed as follows:

☐ HAND DELIVERY
☐ U.S. MAIL, POSTAGE PREPAID
☐ OVERNIGHT MAIL
☐ FAX TRANSMISSION
☐ EMAIL
☒ EC/CMF

J. Michael Porter
Erin M. Burris
Miller Nash LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
mike.porter@millernash.com
erin.burris@millernash.com
*Counsel for Oregon State University, Board of Trustees of Oregon State University, Kimberly Kirkland, Carol Millie, Rebecca Johnson, and Edward Feser*

☐ HAND DELIVERY
☐ U.S. MAIL, POSTAGE PREPAID
☐ OVERNIGHT MAIL
☐ FAX TRANSMISSION
☐ EMAIL
☒ EC/CMF

Kim E. Hoyt
Breanna L. Thompson
Garrett Hermann Robertson P.C.
P.O. Box 749
Salem, OR 97308
khoyt@ghrlawyers.com
bthompson@ghrlawyers.com
*Counsel for Defendant Beverly Russell*

*/s/Heather Nash*

Paralegal