IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOHN DOE**,                                                    **Case No. 6:21-cv-1541-MC**

           Plaintiff,                                    **JUDGMENT**

   v.

**OREGON STATE UNIVERSITY,**
**et al.,**

           Defendants.

_____

MCSHANE, Judge:

    Based on the record, Judgment for Defendants.

IT IS SO ORDERED

    DATED this 13th day of October, 2022.

                    _____/s/ Michael McShane_____
                          Michael McShane
                       United States District Judge